**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| OLIVIER LE QUEINEC, | |
| Plaintiff, | Case No.: 1:26-cv-03019 |
| v. | Judge Jeffrey I. Cummings |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Laura K. McNally |
| Defendants. | |

**DECLARATION OF OLIVIER LE QUEINEC**

I, OLIVIER LE QUEINEC, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am the artist that creates the Olivier Le Queinec Works. I make this declaration from matters within my knowledge save where otherwise stated.

3. I am a professional fine art and stock photographer, specializing in commercial still life and travel. I sold my first stock photographs after receiving a professional camera as a Christmas gift. Shortly after, I moved to New York City and worked as an assistant for several renowned photographers for a large catalog studio. During that time, I ardently and steadily honed my craft, studying still life, fashion, advertising, and illustration, until I eventually opened my own photography studio. My stock photographs have been published worldwide in tens of thousands of websites, books, magazines, and countless publications.

My fine art photographs are available for purchase as museum quality prints, framed wall art, home décor, accessories, and more.

4. I am the official source of products associated with the Olivier Le Queinec Works (the "Olivier Le Queinec Products"):


Cowboy Hat and Boots
Olivier Le Queinec
$44


Cowboy Boots in a Ranch Barn
Olivier Le Queinec
$44


Cowboy Boots at the Ranch
Olivier Le Queinec
$44


Vintage Cowboy Boots
Olivier Le Queinec
$44


Cowboy Boots Outside Saloon
Olivier Le Queinec
$44


Boot Rack
Olivier Le Queinec
$44



The Cowgirl Rest
Olivier Le Queinec
$44

https://olivierl.com/art/photographs/boot

5. I am the owner of the copyright registrations for the Olivier Le Queinec copyrighted works, which are protected by United States Copyright Registration Nos. VA 2-454-326; VA 2-455-234; VA 2-454-009; and VA 2-454-144 (the "Olivier Le Queinec Works"). True and correct copies of the copyright registrations for the Olivier Le Queinec Works are attached hereto as **Exhibit 1**.

6. I control the quality of all materials and content that feature the distinctive Olivier Le Queinec Works.

7. Substantial time, money, and other resources have been expended in developing, advertising, licensing, and otherwise promoting the Olivier Le Queinec Works. As a result, the images are widely recognized and exclusively associated by consumers, the public, and the trade with my name.

8. The success of the Olivier Le Queinec Works has resulted in significant infringement of my copyrights. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms, including the internet stores identified in Second Amended Schedule A attached to the Complaint ("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized versions of the Olivier Le Queinec Works to consumers in this judicial district and throughout the United States.

9. I am aware of investigations related to internet-based infringement of the Olivier Le Queinec Works. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Olivier Le Queinec Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that infringing Olivier Le Queinec Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with me and do not have the right or authority to use the copyrights for any reason. True and correct copies of screenshot printouts showing the active Defendant Internet Stores reviewed are attached as **Exhibit 2**.

10. Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage

to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

11. My goodwill and reputation are irreparably damaged when the Olivier Le Queinec Works are used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Olivier Le Queinec copyrighted materials because infringers take away my ability to control the nature and quality of products bearing the Olivier Le Queinec Works and derivative works.

12. I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Olivier Le Queinec Works are meant to be exclusive rights.

13. The marketing and distribution of the Olivier Le Queinec Works and derivative works are aimed at growing and sustaining sales. When infringers use the Olivier Le Queinec Works without authorization, the exclusivity associated with the Olivier Le Queinec Works, as well as my reputation, are damaged and eroded, resulting in a loss of unquantifiable future sales.

14. Uncontrolled profiteering and pirating of the Olivier Le Queinec Works create the impression that the copyright rights associated with the Olivier Le Queinec Works may be infringed with impunity. The Olivier Le Queinec Works are distinctive and signify to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Olivier Le Queinec Works on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property

associated with the Olivier Le Queinec Works cannot be compensated for financially since it erodes my ability to monetize the Olivier Le Queinec Works.

15. I will suffer immediate and irreparable injury, loss, or damage if an *ex parte* Temporary Restraining Order is not issued in accordance with Federal Rule of Civil Procedure 65(b)(1).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 16, 2026.

Olivier Le Queinec

Olivier Le Queinec