Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-326**
**Effective Date of Registration:**
May 27, 2025
**Registration Decision Date:**
July 28, 2025

## Title

**Title of Work:** The Cowboy Nightstand

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** June 07, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Olivier Le Queinec
  **Author Created:** photograph
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Olivier Le Queinec
414 Church Rd., Readfield, ME, 04355, United States

## Rights and Permissions

**Name:** Olivier Le Queinec
**Email:** dearolivier@juno.com
**Address:** 414 Church Rd.
Readfield, ME 04355 United States

## Certification

**Name:** David Denholm
**Date:** May 27, 2025
**Applicant's Tracking Number:** OL2025051421



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-455-234**
**Effective Date of Registration:**
May 27, 2025
**Registration Decision Date:**
July 31, 2025

## Title

**Title of Work:** Cowgirls Night Out

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** August 12, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Olivier Le Queinec
  **Author Created:** photograph
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Olivier Le Queinec
414 Church Rd., Readfield, ME, 04355, United States

## Rights and Permissions

**Name:** Olivier Le Queinec
**Email:** dearolivier@juno.com
**Address:** 414 Church Rd.
Readfield, ME 04355 United States

## Certification

**Name:** David Denholm
**Date:** May 27, 2025
**Applicant's Tracking Number:** OL2025051412



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-009**
**Effective Date of Registration:**
May 26, 2025
**Registration Decision Date:**
July 24, 2025

## Title

**Title of Work:** At the Old Ranch

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** January 27, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Olivier Le Queinec
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Olivier Le Queinec
414 Church Rd., Readfield, ME, 04355, United States

## Rights and Permissions

**Name:** Olivier Le Queinec
**Email:** dearolivier@juno.com
**Address:** 414 Church Rd.
Readfield, ME 04355 United States

## Certification

**Name:** David Denholm
**Date:** May 26, 2025
**Applicant's Tracking Number:** OL2025051402



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-144**
**Effective Date of Registration:**
May 26, 2025
**Registration Decision Date:**
July 25, 2025

## Title

**Title of Work:** Cowgirl Boots

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** July 12, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Olivier Le Queinec
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Olivier Le Queinec
414 Church Rd., Readfield, ME, 04355, United States

## Rights and Permissions

**Name:** Olivier Le Queinec
**Email:** dearolivier@juno.com
**Address:** 414 Church Rd.
Readfield, ME 04355 United States

## Certification

**Name:** David Denholm
**Date:** May 26, 2025
**Applicant's Tracking Number:** OL2025051410

