**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Olivier Le Queinec,

Plaintiff,

Case No.: 1:26-cv-03019

v.

Judge Jeffrey I Cummings

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE “A”,

Defendants.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Court’s Minute Entry Orders [35 & 36] was sent to Defendant(s) on November 24, 2026 by sending an email to Defendant(s) email addresses, which were provided to Plaintiff by third parties. The website, through which it has been publishing information about the case, was also updated, respectively, as well as the deadline to object set forth in the Orders [35 & 36].

Executed on November 24, 2026.

*/s/ Keith A. Vogt*
Keith A. Vogt, Esq.
***ATTORNEY FOR PLAINTIFF***

DATED: November 24, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 | IL Bar No. 6207971
Keith A. Vogt PLLC
15275 Collier Blvd., Ste. 201- 2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***